IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GLEN BLAYLOCK**                                                                              **PETITIONER**

**v.**                                            **5:09CV00124 BSM**

**LARRY NORRIS, Director of the**
**Arkansas Department of Corrections**                                        **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied.

IT IS SO ORDERED this 13th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE